1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    STEPHEN CRUMP,                    )
                                         )
12              Plaintiff(s),            )          No. C 06-0742 CRB (PR)
                                         )
13         v.                            )          ORDER OF DISMISSAL
                                         )
14    E. MOSTAFANEJAD, et al.,           )          (Doc # 2)
                                         )
15              Defendant(s).            )
      _____)
16

17           Plaintiff, a prisoner at the California Men's Colony in San Luis Obispo,

18    California ("CMC"), has filed a pro se complaint under 42 U.S.C. § 1983

19    alleging that reception center counselors at San Quentin State Prison ("SQSP")

20    misclassified him as a mental health needs prisoner and improperly placed him at

21    CMC.  Plaintiff raised the same allegations in two prior prisoner complaints,

22    which were dismissed on January 25, 2006.  See Crump v. Coo, No. C 06-0267

23    CRB (PR) (N.D. Cal. Jan. 25, 2006) (order of dismissal); Crump v.

24    Mostafanejad, No. C 06-0268 CRB (PR) (N.D. Cal. Jan. 25, 2006) (same).

25           A prisoner complaint that merely repeats pending or previously litigated

26    claims may be considered abusive and dismissed under the authority of 28 U.S.C.

27    § 1915A.  Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)

28    (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in

forma pauperis complaint may be considered abusive and dismissed under 28

U.S.C. § 1915).  Because plaintiff raised and litigated the same allegations and

claims raised herein in civil cases 06-0267 and 06-0268, the instant complaint is

deemed duplicative and abusive under § 1915A.  <u>See</u> <u>id.</u>

Plaintiff's request to proceed in forma pauperis (doc # 2) is DENIED and

the complaint is DISMISSED under the authority of 28 U.S.C. § 1915A(b).

The clerk shall enter judgment in accordance with this order and close the

file.  No fee is due.

SO ORDERED.

DATED:   Feb. 8, 2006

_____
CHARLES R. BREYER
United States District Judge